UNITED STATES BANKRUPTCY COURT
NEW JERSEY DISTRICT

Order Filed on December 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

STEPHANIE SHRETER, ESQUIRE
105 High Street
Mount Holly NJ 08060
609-265-9600
Attorney for the Debtor(s)

In Re:

Jacque P. Howard

Debtors

:Case #18-32517
:Chapter 13
:
:Hearing Date: December 12, 2018
:Judge: Kathryn C. Ferguson

# ORDER TO IMPOSE THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: December 18, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

   This matter having been opened to the Court by Stephanie Shreter, Esq., attorney for the Debtor, and Stephanie Shreter having appeared on behalf of the Debtor and good cause having been shown;

   It is on this 12th day of December, 2018, ORDERED and ADJUDGED that the debtor having satisfied the requirements of 11 U.S.C.362 (c)(3)(B) the automatic stay shall be imposed.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-32517-KCF
Jacque P. Howard                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 20, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2018.
db              Jacque P. Howard,    755 Franklin St,    Trenton, NJ   08610-6111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Kevin Gordon McDonald    on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stephanie  Shreter    on behalf of Debtor Jacque P. Howard shreterecf@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4