Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 18−32517−KCF
          Chapter: 13
          Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacque P. Howard
   755 Franklin St
   Trenton, NJ 08610−6111

Social Security No.:
   xxx−xx−6732

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on March 27, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 29 − 24
Order Resolving (related document:24 Objection to Confirmation of Plan (related document:2 Chapter 13 Plan. Filed by Stephanie Shreter on behalf of Jacque P. Howard. filed by Debtor Jacque P. Howard) filed by Denise E. Carlon on behalf of M&T BANK. (Attachments: # 1 Proof of Claim # 2 Chapter 13 Plan # 3 Certificate of Service) filed by Creditor M&T BANK). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/26/2019. (ghm)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 27, 2019
JAN: ghm

                                                             Jeanne Naughton
                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 18-32517-KCF
Jacque P. Howard    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 27, 2019
                        Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
lm        E-mail/Text: camanagement@mtb.com Mar 27 2019 23:44:51    M & T Bank,   PO Box 840,
        One M & T Plaza,   Buffalo, NY   14240
                                                                                                                                  TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                              TOTAL: 0
Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:
        Albert   Russo   docs@russotrustee.com
        Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Kevin Gordon McDonald   on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Stephanie   Shreter   on behalf of Debtor Jacque P. Howard shreterecf@comcast.net
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                 TOTAL: 5