Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–32517–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jacque P. Howard
755 Franklin St
Trenton, NJ 08610–6111

Social Security No.:
xxx–xx–6732

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/28/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 30, 2020
JAN: kmm

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                    Case No. 18-32517-MBK
Jacque P. Howard                                                          Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2                   Date Rcvd: Apr 30, 2020
                               Form ID: 148                Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
db             Jacque P. Howard,    755 Franklin St,    Trenton, NJ 08610-6111
aty           +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 201,    Westmont, NJ 08108-2818
517868384      Calvary,    att: Bass & Assoc,P.C.,    3936 E Fort Lowell Rd Ste 200,    Tucson, AZ 85712-1083
517868392      M&T Ban,    PO Box 1288,    Buffalo, NY 14240-1288
517868388     #debt recovery,    900 Merchants Concourse,    Westbury, NY 11590-5142
517868393      mccabe weisburg and conway,    216 Haddon Ave Ste 201,    Westmont, NJ 08108-2818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2020 23:21:45      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2020 23:21:43      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
lm             E-mail/Text: camanagement@mtb.com Apr 30 2020 23:21:19      M & T Bank,    PO Box 840,
                One M & T Plaza,    Buffalo, NY 14240
517868383     +EDI: RMCB.COM May 01 2020 02:43:00      AMCA,   2269 s saw ml,    Elmsford, NY 10523-3832
517868385     +EDI: CAPITALONE.COM May 01 2020 02:43:00      Capital One,    P.O. Box 30281,
                Salt Lake City, UT 84130-0281
517868386     +EDI: WFNNB.COM May 01 2020 02:43:00      Comenity Bank/Brylane,    Po Box 182782,
                Columbus, OH 43218-2782
517868387     +EDI: CCS.COM May 01 2020 02:43:00      Credit Collection Service,    Po Box 9136,
                Needham, MA 02494-9136
517868389      EDI: DISCOVER.COM May 01 2020 02:43:00      Discover,    Po Box 3008,
                New Albany, OH 43054-0000
517879245      EDI: DISCOVER.COM May 01 2020 02:43:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH 43054-3025
517868390     +EDI: RMSC.COM May 01 2020 02:43:00      Ge/Jc Penney,    Po Box 965007,    Orlando, FL 32896-5007
517868391     +E-mail/Text: bncnotices@becket-lee.com Apr 30 2020 23:21:04      Kohls,    Po Box 3115,
                Milwaukee, WI 53201-3115
517982286      E-mail/Text: camanagement@mtb.com Apr 30 2020 23:21:19      M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-0840
517868394      EDI: AGFINANCE.COM May 01 2020 02:43:00      Springleaf Financial,    4611 Nottingham Way,
                Trenton, NJ 08690-0000
517872086     +EDI: RMSC.COM May 01 2020 02:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517965460     +EDI: AIS.COM May 01 2020 02:43:00      Verizon,    by American InfoSource as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
             Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com
             Albert Russo   docs@russotrustee.com
             Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Apr 30, 2020
                              Form ID: 148             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Stephanie  Shreter    on behalf of Debtor Jacque P. Howard shreterecf@comcast.net, shreterlaw@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                TOTAL: 6